IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

HEATHER WOJTAROWICZ                                                                 PLAINTIFF

v.                            Case No. 4:21-CV-00906-BSM

UNIVERSITY OF ARKANSAS, AKA
UNIVERSITY OF ARKANAS –
LITTLE ROCK ("UALR"), UNIVERSITY
OF ARKANSAS AT LITTLE ROCK
ALUMNI ASSOCIATION                                                                  DEFENDANTS

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 5th day of August, 2022.

_____
UNITED STATES DISTRICT JUDGE